UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSEPH A. ROSARIO,

                Plaintiff,

    v.

SCORE CORRECTION FACILITY,

                Defendant.

Case No. C16-954-TSZ

ORDER DISMISSING CIVIL RIGHTS COMPLAINT

      The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 7, and with no timely objections filed, the Court hereby finds and ORDERS:

      (1)    The Court adopts the Report and Recommendation.

      (2)    Plaintiff's complaint and this action are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

      (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

      DATED this 23rd day of September, 2016.

                                                               _____
                                                              Thomas S. Zilly
                                                             United States District Judge

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1